## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE)** | ) | **3:09-md-02100-DRH** |
| **MARKETING, SALES PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Dana Jackson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20106-DRH |
| *Neial Clark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13036-DRH |
| *Denise L. Murphy, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10985-DRH |
| *Mary E. Ball, et al. v. Bayer Corporation, et al.* | No. 12-cv-11177-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**


**BY:   /s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.04.23
09:36:55 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT